Jeffrey A. Kimmel (JK 0584)
Howard S. Koh (HK 4730)
Petek Gunay (PG 2695)
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
(212) 655-3500
*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-06

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LUC VETS DIAMANT,

                      Plaintiff,                    06 CV 3084 (RCC)

     -against-                      **DEFAULT JUDGMENT**

GARY (GODEL) SEZANAYEV and
DOE ENTITIES, 1-10,

                      Defendants.
---------------------------------------------------------------X

       This action having been commenced on April 21, 2006 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Gary (Godel) Sezanayev ("Defendant") on or about May 11, 2006 by affixing same on the door of Defendant's dwelling house, and subsequently mailing copies of same to Defendant at such address, and a proof of service having been filed on May 24, 2006, and Defendant not having answered the Complaint and the time for answering the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against Defendant in the liquidated amount of $600,486.68 with interest at 9% from July 20, 2004 amounting to $129,705.12 plus costs and disbursements of this action in the amount of $473.83 amounting in all to $730,192.80.

Dated: New York, New York
          September 5, 2006

*The Clerk of the Court is directed to close this case.*

_____
U.S.D.J.

This document was entered on the docket on September 11, 2006.